# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Otis B. Hackett <br> *Plaintiff* <br> v. <br> Jimmy Brown, Tony Davis et al <br> *Defendant* | Civil Action No. 4:09-cv-3167-TLW-TER |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Accordingly, the above-captioned case is dismissed without prejudice. The Clerk of Corut shall close the file.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge Terry L. Wooten ~~on a motion for~~

Date: 02/24/2010

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*